OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES



ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 10. 2015

8/5/2015
**BEASLEY, ELIJAH CLAYTON** Tr. Ct. No. 13-03-02517-CR(1)    WR-83,700-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

PATRICIA MAGINNIS
MAGINNIS PULLAN & YOUNG
333 SIMONTON STREET
CONROE, TX 77301

U TF

13B 77301

